# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FMC2, INC., *et al.*, | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AUTO BOUTIQUE OF SOUTH FLORIDA, INC. d/b/a AUTO BOUTIQUE, *et al.*, | : | No. 17-4924 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **10th** day of **June 2020**, upon consideration of the Motion for Entry of Default Judgment Against Howard Elfand and the record before the Court, it is **ORDERED** that:

1. The motion (Document No. 18) is **GRANTED**.

2. A default judgment is entered in favor of Plaintiffs and against Defendant Howard Elfand in the amount of $688,490.76.

3. The Clerk of Court is directed to close this case.

                                  **BY THE COURT:**

                                  **/s/ Berle M. Schiller**
                                  **Berle M. Schiller, J.**