# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FMC2, INC., *et al.*, | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AUTO BOUTIQUE OF SOUTH FLORIDA, INC. d/b/a AUTO BOUTIQUE, *et al.*, | : : : | No. 17-4924 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **30th** day of **July, 2020**, upon consideration of Howard Elfand's Motion to Quash Service, KeyBank National Association's response, and for the reasons provided in this Court's Memorandum dated July 30, 2020, it is **ORDERED** that:

1. The motion (Document No. 20) is **DENIED**.

2. The Joint Motion of FMC2, Inc., Fleetway Leasing Company, and KeyBank National Association to Substitute KeyBank National Association as Party Plaintiff (Document No. 22) is **GRANTED**. KeyBank National Association shall be substituted as party Plaintiff in this litigation and the docket shall reflect that change.

                              **BY THE COURT:**

                              **/s/ Berle Schiller**
                              **Berle M. Schiller, J.**