IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEYBANK NATIONAL ASSOCIATION

       Plaintiff,                   Case No.2:17-cv-04924-BMS

v.

AUTO BOUTIQUE OF SOUTH FLORIDA,
INC. et al.

       Defendants,

DAVID A. SILVERSTEIN

       Garnishee.
_____/

## ORDER DIRECTING THE CLERK TO ISSUE THE WRIT OF EXECUTION AGAINST GARNISHEE DAVID A. SILVERSTEIN, ESQUIRE

This matter came before the Court without a hearing, upon review of Plaintiff's Motion and Memorandum of Law Directing the Clerk to Issue Writ of Execution Against David A. Silverstein (the "Motion"). Plaintiff requests the Court direct the Clerk to issue the Writ of Execution for the default judgment entered on January 17, 2018 (D.E. 4), by this Court in the amount of $690,658.36.

Pursuant to Fed. R. Civ. P. 69 "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise." "The procedure on execution -- and in proceedings supplementary to and in aid of judgment or execution -- must accord with the procedure of the state where the court is located…" Fed. R. Civ. P. 69. Under Pennsylvania law, a money judgment is enforced by a writ of execution. Pa. R. C. P. Nos. 3101(a), 3102.

ACCORDINGLY, it is hereby

ORDERED:

1. Plaintiff's Motion and Memorandum of Law in Support of the Issuance of Writ of Execution is GRANTED. The Clerk is directed to issue one copy of the Writ of Execution attached to the Motion:

    a. Against Garnishee David A. Silverstein for any monies held on behalf of Youssef Aziz, any amounts garnishee is indebted to Youssef Aziz.

DONE and ORDERED in Philadelphia, Pennsylvania on the  17th  day of  February  2022.

_____
Honorable Judge Berle M. Schiller